BENJAMIN FISHER, Appellant, v. RAYMOND L. KLINCK and Another, Respondents.— Judgment affirmed, with costs. All concurred.

ELMA NEWCOMER, Respondent, v. INTERNATIONAL RAILWAY COMPANY and Another, Appellants.— Judgment and order affirmed, with costs. All concurred.

CLARA SMITH, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment affirmed, with costs. All concurred.

JACOB SMITH, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment affirmed, with costs. All concurred.

KATE M. VENATOR, as Administratrix, etc., Respondent, v. THE DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, (1) that the verdict is against the weight of the evidence upon the question of the defendant's negligence; (2) that the weight of the evidence shows that the automobile was run into the train through the negligence of the driver. All concurred, except Foote and Lambert, JJ., who concurred for reversal but voted for dismissal of the complaint.

ARTHUR WAGNER, Plaintiff, v. INTERNATIONAL RAILWAY COMPANY, Defendant.—Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the verdict, with costs. All concurred, except Lambert, J., who dissented upon the ground: (1) That error was committed by the trial court in refusing to submit to the jury the question whether or not the plaintiff was guilty of contributory negligence in going upon the trestle to save life, even in the absence of an invitation by the defendant to do so; (2) that that question as well as the defendant's negligence, was for the jury.

ANNA ARCHER, Respondent, v. FRATERNAL AID UNION, Appellant, Impleaded with Another.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. Held, that the record discloses that the person served was not a managing agent or assistant secretary within the meaning of the statute.* All concurred.

FRED M. KIERST, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Judgment and order affirmed, with costs. All concurred.

STANLEY N. CARR, Respondent, v. PENNSYLVANIA RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred, except Foote, J., who dissented.

* See Code Civ. Proc. § 432.— [REP.